UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRI L. IVY,<br><br>    Plaintiff,<br><br>VS.<br><br>PRIME THERAPEUTICS,<br><br>    Defendant. | CIVIL ACTION NO.<br><br>3:11-CV-0855-G (BK) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions and recommendation of the United States Magistrate Judge.

Defendant's motion to dismiss (docket entry 16) is **GRANTED**.

**SO ORDERED.**

December 12, 2011.

*[signature]*
A. JOE FISH
Senior United States District Judge